JS-44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ROY CROSSEN

## DEFENDANTS
Midland Funding, LLC

**(b)** County of Residence of First Listed Plaintiff: Philadelphia, PA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorneys (Firm Name, Address, and Telephone Number)
Christopher S. Froba, - Marc R. Gordon, P.C., 101 Greenwood Ave., Suite. 460, Jenkintown, PA 10946; (215)600-1244

Attorneys (If Known)
Lawrence J. Bartel, Esquire, 2000 Market Street, Suite 2300, Philadelphia, PA 19103

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicates Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen of Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits. | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent, Lease & Ejectment | ☐ 443 Housing / Accommodations | ☐ 530 General | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities— Employment | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities— Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
47 U.S.C. § 227, et seq. and 15 U.S.C. § 1692, et seq.
Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ N/A
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE: March 18, 2016
SIGNATURE OF ATTORNEY OF RECORD: *Lawrence J. Bartel*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Roy Crossen c/o Christopher Froba, Esq. - Law Offices of Marc C. Gordon, 101 Greenwood Ave., Suite 460, Jenkintown, PA 19046 | (215) 600-1244 Ext. 103

Address of Defendant: Midland Funding, LLC c/o Lawrence Bartel, Esq. - 2000 Market Street, Suite 2300, Philadelphia, PA 19103

Place of Accident, Incident or Transaction: Philadelphia County, Pennsylvania
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☒ No☐

Does this case involve multidistrict litigation possibilities?    Yes☐ No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐ No☒
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐ No☒
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐ No☒
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Fair Debt Collection Practices Act

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
(*Check Appropriate Category*)

I, Lawrence J. Bartel, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: March 17, 2016    *Lawrence J. Bartel*    94006
                         Attorney-at-Law        Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: March 17, 2016    *Lawrence J. Bartel*    94006
                         Attorney-at-Law        Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Roy Crossen | : | CIVIL ACTION |
| v. | : | |
| Midland Funding, LLC | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (X)

| March 17, 2016 | *Laurence J. Bartel* | Defendant, Midland Funding, LLC |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 575-2780 | (215) 575-0856 | LJBartel@mdwcg.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY CROSSEN,<br><br>        Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC,<br><br>        Defendant. | **Civil Action No.** |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendant, Midland Funding, LLC (hereinafter "MF"), by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby removes the action captioned as <u>Roy Crossen v. Midland Funding, LLC</u>, docket no. 160210602, as filed in the Court of Common Pleas for Philadelphia County, Pennsylvania ("the Action"), to the United States District Court for the Eastern District of Pennsylvania, based upon the following:

1.    On or about February 10, 2016 Plaintiff filed the Action in the Court of Common Pleas for Philadelphia County, Pennsylvania. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A."

2.    MF first received notice of the Action on or about February 18, 2016, when it was served with Plaintiff's Complaint.

3. Based on the foregoing, MF has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by MF pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged that MF violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq., thereby asserting claims that arise under federal law.

5. In that the causes of action alleged by the Plaintiff arise from the performance of obligations of the parties within Philadelphia County, Pennsylvania, the United States District Court for the Eastern District of Pennsylvania should be assigned the Action.

6. Pursuant to 28 U.S.C. § 1446(d), MF will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania, will serve Plaintiff with copies of this Notice of Removal and will file the Notice of Removal in the Philadelphia County Court of Common Pleas.

**WHEREFORE**, Defendant, Midland Funding, LLC notifies this Court that this Action is removed from the Court of Common Pleas for Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By: *Lawrence J. Bartel*
Lawrence J. Bartel, ESQUIRE
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2780 / (215) 575-0856 (f)
Ljbartel@mdwcg.com
Attorneys for Defendant
Midland Funding, LLC

Dated: March 17, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY CROSSEN,<br><br>        Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC,<br><br>        Defendant. | Civil Action No. |

## CERTIFICATE OF SERVICE

I, Lawrence J. Bartel, Esquire, do hereby certify that a true and correct copy of Defendant, Midland Funding, LLC's Notice of Removal was served upon the below-listed counsel of record by regular mail on March 17, 2016.

Christopher S. Froba
Law Office of Marc R. Gordon, P.C.
101 Greenwood Avenue
Suite 460
Jenkintown, PA 19046

                              **MARSHALL DENNEHEY WARNER**
                              **COLEMAN & GOGGIN, P.C.**

       By: _/s/ Lawrence J. Bartel_____
                           Lawrence J. Bartel, ESQUIRE
                           Attorneys for Defendant
                           Midland Funding, LLC

Dated: March 17, 2016

# EXHIBIT "A"

Law Office of<br>
**MARC R. GORDON, P.C.**<br>
Attorneys at Law<br>
101 Greenwood Avenue<br>
Suite 460<br>
Jenkintown, Pennsylvania 19046<br>
Telephone: 215-600-1244 • Facsimile: 215-600-1245

Marc R. Gordon
Christopher S. Froba*

*Also Member NJ Bar

RECEIVED
FEB 18 2016
BY: certified mail

February 11, 2016

Midland Funding, LLC                **CERTIFIED MAIL**
8875 Aero Drive, Suite 200          **NO. 70121010000341110367**
San Diego, CA 92123

    Re:    Crossen v. Midland Funding, LLC

To Whom It May Concern:

    Enclosed please find a true and correct copy of the Complaint, the original of which has been filed with the Court of Common Pleas, Philadelphia County, Pennsylvania. Kindly take whatever action is deemed appropriate to protect your company's interests.

    Very truly yours,

    LAW OFFICE OF MARC R. GORDON, P.C.

    CHRISTOPHER S. FROBA

CSF/mmi
Enclosure

www.mrgordonlaw.com

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
**FEBRUARY 2016**
E-Filing Number: 1602027597
**001602**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROY CROSSEN | MIDLAND FUNDING, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 3015 KNORR STREET<br>PHILADELPHIA PA 19149 | 8875 AERO DRIVE SUITE 200<br>SAN DIEGO CA 92123 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [X] $50,000.00 or less<br>[ ] More than $50,000.00 | [X] Arbitration<br>[ ] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

**CASE TYPE AND CODE**
10 - CONTRACTS OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED**<br>**PRO PROTHY**<br>FEB 10 2016<br>K. EDWARDS | YES     NO |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ROY CROSSEN

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| CHRISTOPHER S. FROBA | 101 GREENWOOD AVENUE<br>SUITE 460<br>JENKINTOWN PA 19046 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)600-1244 | (215)600-1245 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 93616 | christopher.froba@gmail.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| CHRISTOPHER FROBA | Wednesday, February 10, 2016, 04:30 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

```
USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 11/07/2016
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present
at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties.
There is no right to a trial de novo nor an appeal from a decision entered by a judge.
```

**LAW OFFICE OF MARC R. GORDON, P.C.**    **ARBITRATION MATTER**
BY: CHRISTOPHER S. FROBA

I.D. NO. 93616
101 Greenwood Avenue, Suite 460
Jenkintown, PA 19046
(215) 600-1244, Ext. 103
christopher@mrgordonlaw.com

ATTORNEYS FOR PLAINTIFF

*Filed and Attested by the Office of Judicial Records 26 FEB 2016 04:30 pm K. EDWARDS*

---

**ROY CROSSEN**
3015 Knorr Street
Philadelphia, PA 19149

      v.

**MIDLAND FUNDING, LLC**
8875 Aero Drive, Suite 200
San Diego, CA 92123

: COURT OF COMMON PLEAS OF
: PHILADELPHIA COUNTY
:
: FEBRUARY TERM, 2016
: NO.

---

## CIVIL ACTION - COMPLAINT
## CONTRACTS - OTHER

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE

One Reading Center
1101 Market Street
Philadelphia, Pennsylvania, 19107
Telephone: (215) 238-6333
TDD: (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiero defenderse de estas do estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puedo continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted compla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACIÓN DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA E INFORMACIÓN LEGAL
One Reading Center, 1101 Market Street, Filadelfia, Pennsylvania
19107, Teléfono: (215) 238-6333
TDD: (215) 451-6197

Case ID: 160201602

## PRELIMINARY STATEMENT

1. This is an action for damages brought by a consumer against a debt collector pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692* (hereinafter referred to as "FDCPA")

2. The FDCPA prohibits debt collectors from engaging in deceptive and unfair practices in connection with the collection of consumer debt, including unauthorized contact and misrepresentation of the amount, character or legal status of a debt.

3. Under the FDCPA, Defendant MIDLAND FUNDING, LLC is subject to strict liability for suing Plaintiff in the Philadelphia Municipal Court, failing to produce any credible and/or competent evidence, and then failing to prosecute the claim. Additionally, Defendant MIDLAND FUNDING, LLC sued Plaintiff in the Philadelphia Municipal Court under the wrong name, i.e., Plaintiff's legal name is Roy Crossen. Defendant MIDLAND FUNDING, LLC sued Plaintiff as being "Roy Chossen, Jr." which is incorrect.

## PARTIES

4. Plaintiff is an adult individual who resides at 3015 Knorr Street, Philadelphia, PA 19149. Additionally, he is a consumer who is protected by the FDCPA as defined by *15 U.S.C. §1692(a)(3)*.

5. Defendant MIDLAND FUNDING, LLC is a foreign limited liability company and is principally located at 8875 Aero Drive, Suite 200, San Diego, CA 92123. Additionally, Defendant MIDLAND FUNDING, LLC is a "debt collector" as defined by *15 U.S.C. § 1692a(6)*.

6. Defendant MIDLAND FUNDING, LLC acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in all of its attempts to collect this alleged debt.

Case ID: 160201602

## JURISDICTION

7. Defendant MIDLAND FUNDING, LLC conducts business and regularly attempts to collect debts in Philadelphia, Pennsylvania. Therefore, personal jurisdiction is established in the First Judicial District of Pennsylvania.

8. Additionally, venue is proper in Philadelphia County pursuant to Pennsylvania Rules of Civil Procedure 1006 and 2179.

9. Finally, jurisdiction of this Court arises pursuant to *15 U.S.C. § 1692k(d)*, which states that the within action may be brought and heard before "any appropriate United States District Court without regard to the amount in controversy, **or in any other court of competent jurisdiction**".

## FACTUAL ALLEGATIONS

10. On July 20, 2015, Defendant MIDLAND FUNDING, LLC filed a Statement of Claim against Plaintiff in the Philadelphia Municipal Court, SC-15-20-5166, for a total of $2,649.73, an amount which included an alleged debt of $2,514.73. This lawsuit involved an alleged default on a "WEBBANK" account.

11. Plaintiff retained counsel, contested the aforementioned claim, and had the matter continued for trial. In response, Defendant MIDLAND FUNDING, LLC withdrew its claim against Plaintiff on December 15, 2015 immediately prior to the scheduled date of trial which was December 18, 2015.

12. Plaintiff further alleges and avers that Defendant MIDLAND FUNDING, LLC failed to notify the relevant credit bureaus that the alleged debt was in dispute, in violation of *15 U.S.C. § 1692e*.

13. Plaintiff further alleges and avers that Defendant MIDLAND FUNDING, LLC

continues to make false reports to the credit reporting bureaus stating that Plaintiff's account is past due. Therefore, Defendant MIDLAND FUNDING, LLC has willfully misrepresented the amount, character and legal status of Plaintiff's alleged debt which is a violation of the FDCPA.

14. Plaintiff further alleges and avers that Defendant MIDLAND FUNDING, LLC failed to demonstrate the acquisition and accumulation of the alleged debt via comprehensive account statements from the alleged original creditor, and thereby misrepresented the nature and origin of the alleged debt, in violation of *15 U.S.C. §1692e*.

15. Plaintiff further alleges and avers that Defendant MIDLAND FUNDING, LLC's failure to prosecute the Philadelphia Municipal Court claim or otherwise seek reinstatement demonstrates that Defendant MIDLAND FUNDING, LLC used that lawsuit solely as a means to coerce a settlement, and, therefore, violated *15 U.S.C. § 1692e(5)*.

16. Plaintiff alleges and avers that Defendant MIDLAND FUNDING, LLC violated *15 U.S.C. §1692f* by failing to produce credible evidence that the account was assigned. Accordingly, Plaintiff alleges and avers that Defendant MIDLAND FUNDING, LLC had no legal or contractual right to file the aforementioned lawsuit in the Philadelphia Municipal Court or seek payment of this alleged debt from Plaintiff.

17. Plaintiff alleges and avers that Defendant MIDLAND FUNDING, LLC violated *15 U.S.C. §1692e*, and misrepresented the legal status of the alleged debt by arguing that it was an assignee and/or successor in interest to WEBBANK for any specific amount/account pertaining to a WEBBANK account held by Plaintiff because Defendant MIDLAND FUNDING, LLC failed to produce any competent evidence of a credit agreement.

18. Plaintiff alleges and avers that Defendant MIDLAND FUNDING, LLC misrepresented the nature and legal status of the alleged debt because Defendant MIDLAND

FUNDING LLC's lawsuit was filed against Plaintiff under the wrong name, i.e., Plaintiff's name is Roy Crossen not Roy Chossen, Jr, in violation of *15 U.S.C. §1692f*.

19.   Plaintiff alleges and avers that Defendant MIDLAND FUNDING, LLC misrepresented the nature and legal status of the alleged debt because Defendant MIDLAND FUNDING, LLC's lawsuit to collect this alleged debt was time-barred by the four-year statute of limitations as imposed by *42 Pa.C.S. 5525(a)*, in violation of *15 U.S.C. §1692f*.

20.   Plaintiff alleges and avers that Defendant MIDLAND FUNDING, LLC made or caused to be made, at irregular and inconvenient times, numerous, offensive telephone calls to Plaintiff attempting to collect the alleged debt, in violation of *15 U.S.C. §§1692c(a)(1) and d*.

21.   Plaintiff alleges and avers that the unsworn Verification of Defendant MIDLAND FUNDING, LLC's employee, Danielle Smith, that was attached to the Philadelphia Municipal Court Statement of Claim misrepresents the legal nature and status of the alleged debt by referring to records which do not exist and were not produced by Defendant MIDLAND FUNDING, LLC in the Philadelphia Municipal Court, in violation of *15 U.S.C. §1692e*.

## COUNT I

### FAIR DEBT COLLECTION PRACTICES ACT

22.   Paragraphs 1-21 are repeated as if set forth at length herein.

23.   In its actions to collect a disputed debt, Defendant MIDLAND FUNDING, LLC violated the FDCPA in one or more of the following ways:

    a.   Harassing, oppressing or abusing Plaintiff in connection with the collection of a debt in violation of *15 U.S.C. § 1692d*;

    b.   using misrepresentations or deceptive means to collect a debt in violation of *15 U.S.C. § 1692e(10)*;

Case ID: 160201602

    c.    using unfair or unconscionable means to collect a debt in violation of *15 U.S.C. § 1692f*;

    d.    attempting to collect an amount not authorized by contract or law in violation of *15 U.S.C. § 1692f*; and,

    e.    misrepresenting the amount, character and legal status of a debt in connection with the collection of a consumer debt allegedly due in violation of *15 U.S.C. § 1692e*.

**WHEREFORE**, Plaintiff prays that this Court enter a judgment for Plaintiff against Defendant MIDLAND FUNDING, LLC as follows:

    a.    All actual compensatory damages suffered by Plaintiff pursuant to *15 U.S.C. § 1692k(a)(1)*;

    b.    statutory damages of $1,000.00 for each violation of the FDCPA pursuant to *15 U.S.C. § 1692k(a)(2)(A)*; and,

    c.    all reasonable attorney's fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to *15 U.S.C. § 1693k(a)(3)*.

    LAW OFFICE OF MARC R. GORDON, P.C.

    BY: _____

02/10/16

    CHRISTOPHER S. FROBA
    Attorney for Plaintiff

Case ID: 160201602

## VERIFICATION

CHRISTOPHER S. FROBA, hereby states that he is the attorney for Plaintiff in this action and verifies that the statements made in the foregoing pleading are true and correct to the best of his knowledge, information and belief.

The undersigned understands that the statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsification to authorities.

_____
CHRISTOPHER S. FROBA

02/10/16

Case ID: 160201602

Law Office of Marc R. Gordon, P.C.
101 Greenwood Avenue
Suite 460
Jenkintown, PA 19046

CERTIFIED MAIL

7012 1010 0003 4111 0367

Midland Funding, LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123

